MARK STEELE, )
)
      Plaintiff, )
)
v. )     No.:  3:25-CV-405-TAV-JEM
)
TN RANCH, LLC, *et al.*, )
)
      Defendants. )

## MEMORANDUM OPINION

This civil action is before the Court on plaintiff's Motion to Dismiss without Prejudice [Doc. 53], pursuant to Federal Rule of Civil Procedure 41(a)(2). In support of his motion, plaintiff submits that (1) no counterclaims are pending; (2) this case is still in its early stages; and (3) no party will be prejudiced by dismissal [*Id.* at 1]. Defendants have not responded to plaintiff's motion, and the time for doing so has passed. *See* E.D. Tenn. L.R. 7.1(a); *see also* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought.").

Federal Rule of Civil Procedure 41(a)(2) provides that, except for the circumstances in Rule 41(a)(1), which do not apply here, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The rule further states that "[i]f a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent

adjudication." *Id.* Here, as noted by plaintiff, there are no counterclaims pending that would preclude dismissal under Rule 41(a)(2).

Having carefully considered the matter, the Court finds that good cause supports plaintiff's motion. Accordingly, the Court hereby **GRANTS** plaintiff's Motion to Dismiss without Prejudice [Doc. 53]. An appropriate order shall enter.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE